USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/13/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IRONSHORE INDEMNITY INC.,**

                 **Plaintiff,**

    -against-

**NAN LLC, ET AL.,**

                 **Defendants.**

**22-cv-2931 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    July 13, 2022
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**